IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COUY GRIFFIN,

    Plaintiff,

v.                                                           Civ. No. 22-0362 KG/GJF

MARCO WHITE, MARK MITCHELL,
and LESLIE LAKIND, *acting under color of
New Mexico law*,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

Plaintiff Couy Griffin filed his Verified Complain for Declaratory and Injunctive Relief, including a request for a preliminary injunction, on May 10, 2022. (Doc. 1). Defendants Marco White, Mark Mitchell, and Leslie Lakind (collectively, "Defendants") each filed a Waiver of Service on May 11, 2022. (Docs. 5, 6, and 7). The case was reassigned to this Court on May 16, 2022. (Doc. 12).

The Court hereby sets the following briefing schedule with respect to Plaintiff's request for a preliminary injunction:

    1.    Brief in support of request for Preliminary Injunction due on or before 5:00 p.m. on Friday, May 20, 2022.

    2.    Response in opposition to request for Preliminary Injunction due on or before 5:00 p.m. on Friday, May 27, 2022.

The Court does not anticipate needing a Reply at this time. If appropriate, the Court will set a hearing on this matter the week of May 31, 2022.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE