IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COUY GRIFFIN,

    Plaintiff,

v.                                        Civ. No. 22-0362 KG/GJF

MARCO WHITE, MARK MITCHELL,
and LESLIE LAKIND, *acting under color of
New Mexico law*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1.     The Court lacks Article III jurisdiction;

2.     This case is dismissed without prejudice for lack of jurisdiction; and

3.     This case is hereby closed.

                                                      UNITED STATES DISTRICT JUDGE